♦AO 245B  (Rev. 3/01) Judgment in a Criminal Case - Sheet 1 (Probation: USAO modified 11/19/2003)

# UNITED STATES DISTRICT COURT

WESTERN  District of  WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Offenses Committed On or After November 1, 1987) |
| MATTHEW GUEVARA | Case Number: CR03-378C |
| | Omodare B. Jupiter |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s)   one of a 1 - count Information     (Plea Date: 09/12/03 )

☐  pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐  was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 2 9 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| Title 18 USC § 1343 | Wire Fraud | 03/2001 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 12/09/82

Defendant's USM No.: 33416-086

Defendant's Residence Address:
7816 W. Summerdale Avenue
Chicago, Illinois  60656

Defendant's Mailing Address:
same as above

_[signature]_
FLOYD G. SHORT
Signature of Assistant United States Attorney

January 23, 2004
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

The Honorable Chief Judge John C. Coughenour
Name and Title of Judicial Officer

January 29, 2004

03-CR-00378-BCST

DEFENDANT: GUEVARA, MATTHEW
CASE NUMBER: CR03-0378C

## PROBATION

The defendant is hereby sentenced to probation for a term    <u>five (5) years</u>

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: GUEVARA, MATTHEW
CASE NUMBER: CR03-0378C

## ADDITIONAL PROBATION TERMS

1. Defendant shall be prohibited from possessing a firearm or destructive device as defined in 18 U.S.C. § 921.

2. Defendant shall submit to mandatory drug testing pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d).   YES _X_  NO ___

3. Defendant shall participate as directed in a mental health program approved by the United States Probation Office.

4. Defendant shall complete 250 hours of community service as approved and directed by defendant's U.S. Probation Officer, to be completed within the term of supervision. The Court recommends that the community service be provided to homeless and/or low-income persons.

5. A fine in the amount of $2,000 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than 10% of your gross monthly household income. Interest on the fine shall be waived.

6. Defendant shall provide his probation officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of defendant's Federal Income Tax Returns.

7. Defendant shall maintain a single checking account in defendant's name. Defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the U.S. Probation Office.

8. Defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available for review, any and all documents and records of said business or enterprise to the U.S. Probation Office.

9. Defendant shall disclose all assets and liabilities to the U.S. Probation Office. Defendant shall not transfer, sell, give away, or otherwise convey any asset, without first consulting with the U.S. Probation Office.

10. Defendant shall allow a U.S. Probation Officer to inspect any personal computer owned or operated by defendant.

11. Defendant shall notify his U.S. Probation Officer of all computer software owned or operated by defendant at the commencement of supervision, and report any additional software purchase, acquisition, or use during the course of supervision.

12. Defendant shall be restricted from accessing the internet unless approved by the probation officer for valid occasions of use.

13. Defendant shall serve six (6) months of home confinement without electronic monitoring. Defendant shall be permitted to attend educational classes as approved by the Probation Officer.

DEFENDANT: GUEVARA, MATTHEW
CASE NUMBER: CR03-0378C

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $2,000 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

☐ The Court finds that the defendant is unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: GUEVARA, MATTHEW
CASE NUMBER: CR03-0378C

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

- [x] **PAYMENT IS DUE IMMEDIATELY.** Any unpaid amount shall be paid:

    - [ ] During the period of imprisonment, pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

    - [ ] During the period of supervised release, in monthly installments amounting to not less than _____ % of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

    - [X] During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

- [x] Special instructions regarding the payment of criminal monetary penalties:

MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO:

United States District Court Clerk, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified at page ____ of this Judgment.

*1. The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.*

*2. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.*

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

- [ ] Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

- [ ] The defendant shall pay the cost of prosecution.

- [ ] The defendant shall pay the following court cost(s):

- [ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Two Union Square*      Tel: (206) 553-7970
*601 Union Street, Suite 5100*    Fax: (206) 553-2502
*Seattle, Washington 98101-3903*

January 26, 2004

FAX COVER SHEET

TO:     **AFPD Omodare Jupiter, 553-0120**

        **USPO Christopher Luscher, 553-0624**

FROM:   FLOYD G. SHORT, AUSA
        (Faxed by Beverly Hartzell; 206/553-5127)

Number of Pages Sent (Inc. Cover)   6

RE:     GUEVARA Judgment - Please call me after your
        review, in order that we may discuss.

If you do not receive the complete fax, please call the
sending individual at the above-listed number.

MEMORY TRANSMISSION REPORT

```
PAGE       : 001
TIME       : JAN-26-04  09:44AM
TEL NUMBER1: 206-553-4440
NAME       : US Attorney Criminal Enterprises
```

| FILE NUMBER    | : | 298 |
| --- | --- | --- |
| DATE           | : | JAN-26 09:43AM |
| TO             | : | ☎95530120 |
| DOCUMENT PAGES | : | 006 |
| START TIME     | : | JAN-26 09:43AM |
| END TIME       | : | JAN-26 09:44AM |
| SENT PAGES     | : | 006 |
| STATUS         | : | OK |

FILE NUMBER : 298          \*\*\* SUCCESSFUL TX NOTICE \*\*\*

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

Two Union Square           Tel: (206) 553-7970
601 Union Street, Suite 5100    Fax: (206) 553-2502
Seattle, Washington 98101-3903

January 26, 2004

FAX COVER SHEET

TO:    **AFPD Omodare Jupiter, 553-0120**

       **USPO  Christopher Luscher, 553-0624**

FROM:  **FLOYD G. SHORT, AUSA**
       (Faxed by Beverly Hartzell; 206/553-5127)

Number of Pages Sent (Inc. Cover) ___6___

RE:    GUEVARA Judgment - Please call me after your review, in order that we may discuss.

If you do not receive the complete fax, please call the sending individual at the above-listed number.

MEMORY TRANSMISSION REPORT

```
PAGE        : 001
TIME        : JAN-26-04  09:45AM
TEL NUMBER1 : 206-553-4440
NAME        : US Attorney Criminal Enterprises
```

| | |
|---|---|
| FILE NUMBER | : 299 |
| DATE | : JAN-26 09:43AM |
| TO | : ☎95530624 |
| DOCUMENT PAGES | : 006 |
| START TIME | : JAN-26 09:44AM |
| END TIME | : JAN-26 09:45AM |
| SENT PAGES | : 006 |
| STATUS | : OK |
| FILE NUMBER | : 299 |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

**U.S. Department of Justice**

United States Attorney
Western District of Washington

Two Union Square           Tel: (206) 553-7970
601 Union Street, Suite 5100   Fax: (206) 553-2502
Seattle, Washington 98101-3903

January 26, 2004

**FAX COVER SHEET**

TO:   AFPD Omodare Jupiter, 553-0120

      USPO Christopher Luscher, 553-0624

FROM: FLOYD G. SHORT, AUSA
      (Faxed by Beverly Hartzell; 206/553-5127)

Number of Pages Sent (Inc. Cover)   6

RE:   GUEVARA Judgment - Please call me after your review, in order that we may discuss.

If you do not receive the complete fax, please call the sending individual at the above-listed number.