# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,            )<br>                                                            )<br>                  Plaintiff,            )<br>                                                            )<br>       vs.                                               )<br>                                                            )        **CR03-378 JCC**<br>MATTHEW GUEVARA,                 )<br>                                                            )<br>                  Defendant.          )        **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Counsel has requested a continuation of the initial revocation hearing. The request is GRANTED. The Initial Revocation hearing is hereby continued to Thursday, March 9, 2006, at 10:00am. The hearing will be conducted by the Honorable Monica J. Benton, United States Magistrate Judge, in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 17th day of February , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**